THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 v.
 Darrell
 Copeland, Appellant.
 
 

Appeal From Greenville County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2008-UP-482
 Submitted August 1, 2008  Filed August
12, 2008    

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Darrell Copeland appeals his guilty plea to
 shoplifting, third offense, and receiving stolen goods.  Copeland argues the
 trial court erred by accepting his guilty plea without first obtaining a waiver
 of his right of confrontation.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Copelands appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
 KONDUROS, J.,
 CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.